Exhibit 2

| Claim 1 | Evidence |
|---|---|
| 1. **A method for identifying an object, the method comprising:** | A Shein Visual Search identifies objects by using a mobile camera.<br><br><br><br>Source: [Link] |



Source: [Link]

| | |
|---|---|
| **(a)** providing a pointing and identification device for pointing at the object, the pointing and identification device comprising: | The Shein Visual Search provides a pointing and identification device for pointing at the object, where the PID includes a phone camera and a square reticle. |



Source: [Link]



Source: [Link]

| at least one actuation means for actuation by the user when the user points the pointing and identification device at the object; | In Shein Visual Search, the user taps on the screen as an actuation means for object identification when the user points the pointing and identification device at the object. The pointing and identification devices include a phone camera and a square reticle. |



Source: [Link]



Source: [Link]



Source: [Link]

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object and actuates the at least one actuation means; and | The Shein application uses a digital phone camera to form a digital image of the pointed object when the user points at it. Tapping on the click button is the actuation means. |



Source: [Link]



Source: [Link]



Source: [Link]



Source: [Link]



Source: [Link]

| | |
|---|---|
| a communication device for communicating the digital image to a different location when the user actuates the at least one actuation means; | The Shein application is installed on the mobile phone. The application takes and identifies photos of any stores and finds similar images in the Shein endless catalogue or Shein database. |



Source: [Link]

Thanks to this function, many users take photos of other stores (Zara, H&M, etc.), **upload the photos to the Shein image search engine** and find results of very similar garments. These garments are not exact copies, as this would constitute a counterfeit and violate the intellectual property rights of the brands in question, but they are very similar equivalents .

Source: [Link]

| | As you know, in Shein you can find clones of practically any garment, from fashion designers to Zara. But sometimes finding the equivalent model is difficult, because Shein's catalog is endless.<br><br>Source: [Link] |

| | |
|---|---|
| **(b)** communicating the digital image to the different location; | The Shein application takes and identifies photos of any store and finds similar images in the Shein endless catalogue or database.<br><br>Thanks to this function, <u>many users take photos of other stores (Zara, H&M, etc.)</u>, **upload the photos to the Shein image search engine** and find results of very similar garments. These garments are not exact copies, as this would constitute a counterfeit and violate the intellectual property rights of the brands in question, but they are very similar equivalents .<br><br>Source: [Link]<br><br>As you know, in Shein you can <u>find clones of practically any garment, from fashion designers to Zara</u>. But sometimes finding the equivalent model is difficult, because Shein's catalog is endless.<br><br>Source: [Link] |

| | |
|---|---|
| **(c)** automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects and | The Shein application automatically identifies a list of likely pointed-to objects when the user aims at the product. The user takes photos of other store items, such as Zara and H&M, and then the application identifies and returns similar things from the Shein endless catalogue database.  Source: [Link] |

Thanks to this function, many users take photos of other stores (Zara, H&M, etc.), **upload the photos to the Shein image search engine** and find results of very similar garments. These garments are not exact copies, as this would constitute a counterfeit and violate the intellectual property rights of the brands in question, but they are very similar equivalents .

Source: [Link]

As you know, in Shein you can find clones of practically any garment, from fashion designers to Zara. But sometimes finding the equivalent model is difficult, because Shein's catalog is endless.

Source: [Link]



Source: [Link]



| | Source: [Link] |
|---|---|
| **(d)** returning the list of likely pointed-to objects to the user to select one of the likely pointed-to objects; | The Shein application returns a list of likely pointed-to objects to select one of the likely pointed-to objects, where the pointed-to object is a dress.<br><br><br><br>Returns list of likely pointed-to objects<br><br>**Return the list of likely pointed-to objects**<br><br>Source: [Link] |



Source: [Link]

wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.

The Shein application identifies the objects within the space, where the object is, in this case, a shirt. The Shein application identifies a particular object from multiple objects in the displayed image. The multiple objects in the displayed image are a shirt, a pent, shoes, and a bracelet.



Specific spots with in the digital image

Source: [Link]



Source: [Link]